IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALBERTA DOMONIQUE WILSON, for herself and on behalf of her minor children, ROY SMART, ROYAL SMART, and ROYALTY SMART; | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 19-cv-3550 |
| v. | ) ) | Judge Norgle |
| THE CITY OF CHICAGO; Chicago police Officer JOHN NEMEC (Star #19704); and OTHER, CURRENTLY UNKNOWN CHICAGO POLICE OFFICERS, | ) ) ) ) ) ) | Magistrate Judge Harjani |
| | ) | Jury Demanded |
| Defendants. | ) ) | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO F. R. C. P. 41(a)(1)(A)(i)**

Pursuant to F. R. C. P. 41(a)(1)(A)(i), plaintiff Alberta Domonique Wilson, for herself and as next friend and parent of her three minor children, Roy Smart, Royal Smart, and Royalty Smart, hereby voluntarily dismisses this action without prejudice.

Respectfully submitted,


 /s/ Al Hofeld, Jr.
Al Hofeld, Jr.

*Counsel for Plaintiffs*
Al Hofeld, Jr.,
Law Offices of Al Hofeld, Jr., LLC
30 N. LaSalle Street, Suite #3120
Chicago, Illinois 60602
Phone - 773-241-5844
Fax - 312-372-1766
al@alhofeldlaw.com

1

**NOTICE OF FILING AND CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

      I, Al Hofeld, Jr., attorney for plaintiff, hereby certify that on July 3, 2019, filing and service of the foregoing ***NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO F. R. C. P. 41(a)(1)(A)(i)*** was accomplished pursuant to ECF as to Filing Users, and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                                     /s/ Al Hofeld, Jr.
                                                     Al Hofeld, Jr.

Al Hofeld, Jr.
Law Offices of Al Hofeld, Jr., LLC
30 N. LaSalle Street, Suite #3120
Chicago, Illinois 60602
Phone - 773-241-5844
Fax - 312-372-1766
al@alhofeldlaw.com